IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY KENDRICK, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 22-cv-6756 |
| | ) | |
| v. | ) | Amended Complaint for Violation of Civil |
| | ) | Rights and State Supplemental Claim |
| The City of Chicago and | ) | |
| Officer Ortiz, Badge No.18496, | ) | **JURY DEMANDED** |
| | ) | |
| Defendants. | ) | |

**AMENDED COMPLAINT**

Plaintiff, Timothy Kendrick, by and through his attorneys, Ed Fox & Associates, Ltd., file the following Complaint:

**JURISDICTION AND VENUE**

1. This action arises under the United States Constitution and the Civil Rights Act of 1871 (42 U.S.C. Section 1983). This Court has jurisdiction under and by virtue of 28 U.S.C. Sections 1343, 1331, and 1367.

2. The venue is founded in this judicial Court upon 28 U.S.C. Section 1391 as the acts complained of arose in this district.

**PARTIES**

3. At all times mentioned herein, Plaintiff, Timothy Kendrick ("Plaintiff") was and is a citizen of the United States and was within the jurisdiction of this Court.

4. At all times mentioned herein, Defendant, Chicago Police Officer Ortiz ("Defendant Ortiz"), was employed by the City of Chicago Police Department and acted under the color of state law and as the employee, agent, or representative of the City of Chicago Police Department. Plaintiff is suing Defendant Ortiz in his individual capacity.

5.      At all times mentioned herein, the City of Chicago was a political division of the State of Illinois, existing as such under the laws of the State of Illinois. At all times material, the City of Chicago maintained, managed, and/or operated the Chicago Police Department.

## FACTUAL ALLEGATIONS

6.      On or about June 3, 2022, at all times relevant, Plaintiff was driving his motor vehicle at or around 600 E. 47th St., Chicago, Illinois.

7.      Defendant Ortiz conducted a traffic stop on Plaintiff.

8.      Upon being pulled over, and coming to a complete stop, Plaintiff unfastened his seatbelt.

9.      Plaintiff was detained during the traffic stop.

10.     Plaintiff told Defendant Ortiz to "stop lying" and to "get out of [his] face."

11.     Plaintiff was charged with failing to wear a seatbelt and running a red light.

12.     At all times relevant, Plaintiff did not fail to wear a seatbelt while driving or run a red light.

13.     There was no legal cause to have Plaintiff charged and/or prosecuted for failing to wear a seatbelt and/or running a red light.

14.     Both charges against Plaintiff were dismissed, indicative of his innocence.

15.     As a direct and proximate result of one or more of the above-mentioned actions and/or omissions by Defendant Ortiz, Plaintiff suffered significant injuries, including but not limited to the loss of liberty, invasion of privacy, humiliation and indignities, and suffered great mental and emotional pain in an amount yet to be ascertained.

16.     The actions and/or omissions by Defendant Ortiz, as mentioned above, were willful, wanton, malicious, oppressive, and done with reckless indifference and/or callous disregard for Plaintiff's rights and justify the awarding of exemplary and punitive damages in an amount to be ascertained according to proof at the time of trial.

17. By reason of Defendant Ortiz's actions and/or omissions mentioned above, Plaintiff retained attorneys to institute, prosecute, and render legal assistance to him in the within action so that they might vindicate the loss and impairment of his rights. Plaintiff requests payment by the Defendants of a reasonable sum for attorney's fees pursuant to 42 U.S.C. Section 1988 or any other provision set by law.

**COUNT I**
**PLAINTIFF AGAINST DEFENDANT ORTIZ FOR RETALIATION**
**IN VIOLATION OF THE FIRST AMENDMENT**

18. Plaintiff hereby incorporates and reiterates paragraphs one (1) through seventeen (17) of this complaint as if fully set forth herein.

19. The First Amendment to the United States Constitution guarantees every citizen's fundamental right to free speech, a cornerstone of American democracy and individual liberty.

20. In the instant case, Plaintiff undisputedly engaged in protected activity under the First Amendment by confronting Defendant Ortiz about his dishonesty and telling him to get out of his face.

21. Defendant Ortiz retaliated against Plaintiff's constitutionally protected speech by filing baseless charges of seatbelt violation and running a red light without legal justification, thereby depriving Plaintiff of his First Amendment right to free speech.

22. Defendant's unwarranted retaliation against Plaintiff's speech caused Plaintiff significant emotional distress, humiliation, and injury to his reputation.

23. Therefore, Defendant Ortiz must be held fully accountable and liable for violating Plaintiff's First Amendment right to free speech, in accordance with the provisions of 42 U.S.C. § 1983.

**COUNT II**

**PLAINTIFF AGAINST DEFENDANT ORTIZ FOR MALICIOUS PROSECUTION IN VIOLATION OF THE FOURTH AND/OR FOURTEENTH AMENDMENT**

24. Plaintiff incorporates and realleges paragraphs one (1) through seventeen (17) hereat as though fully set forth at this place.

25. Defendant Ortiz deprived Plaintiff of his rights, privileges, immunities, and liberties secured to him by the Fourth and/or Fourteenth Amendments to the Constitution of the United States and laws enacted thereunder.

26. Defendant Ortiz maliciously commenced and/or continued an original proceeding against Plaintiff without probable cause for the institution of these proceedings.

27. The proceeding was terminated in Plaintiff's favor.

28. Defendant Ortiz initiated, facilitated, and/or continued this malicious prosecution by stopping Plaintiff and giving him a ticket for failing to wear a seatbelt and running a red light without legal cause.

29. As a result, Plaintiff was injured emotionally, financially, and otherwise from the loss of certain constitutionally protected liberty and related rights.

30. The foregoing was unnecessary, unreasonable, excessive, and therefore violated Plaintiff's rights. Accordingly, Defendant Ortiz is liable to Plaintiff pursuant to 42 U.S.C. § 1983.

**COUNT III
PLAINTIFF AGAINST THE CITY OF CHICAGO
FOR THE STATE LAW CLAIM OF MALICIOUS PROSECUTION**

31. Plaintiff hereby incorporates and realleges paragraphs one (1) through seventeen (17) as though fully set forth at this place.

32. Defendant Ortiz acted with malice in doing all the acts alleged herein.

33. Plaintiff was wrongfully charged with failing to wear a seatbelt and running a red light.

34. Plaintiff wore a seatbelt while driving and did not run a red light.

35. There was no probable cause to prosecute Plaintiff.

36. The charges against Plaintiff were terminated, indicative of his innocence.

37. Plaintiff was damaged emotionally and otherwise by the unlawful acts of Defendant Ortiz.

38. The City of Chicago is liable pursuant to *respondeat superior*.

39. Therefore, the City of Chicago is liable for the supplemental state law claim of malicious prosecution.

**WHEREFORE**, Plaintiff, Timothy Kendrick, by and through his attorneys, Ed Fox & Associates, Ltd., requests judgment as follows:

1. The Defendants pay Plaintiff's general damages, including emotional distress, in a sum to be ascertained;

2. The Defendants pay Plaintiff's special damages;

3. The Defendants pay Plaintiff's attorneys fees pursuant to Section 1988 of Title 42 of the United States Code or any other applicable provision;

4. The Defendants, except the City of Chicago, to pay punitive and exemplary damages in a sum to be ascertained;

5. The Defendants pay Plaintiff's costs of the suit herein incurred; and

6. Plaintiff have such other and further relief as this Court may deem just and proper.

BY: /s/Peter T. Sadelski
Peter T. Sadelski
Edward M. Fox
ED FOX & ASSOCIATES, LTD.
*Attorneys for Plaintiffs*
118 N. Clinton St., Suite 425
Chicago, Illinois 60661
(312) 345-8877
psadelski@efoxlaw.com

**PLAINTIFFS HEREBY REQUEST A TRIAL BY JURY**

5

                        BY:    */s/Peter T. Sadelski*  
                               Peter T. Sadelski  
                               Edward M. Fox  
                               ED FOX & ASSOCIATES, LTD.  
                               *Attorneys for Plaintiffs*  
                               118 N. Clinton St., Suite 425  
                               Chicago, Illinois 60661  
                               (312) 345-8877  
                               psadelski@efoxlaw.com

BY:   */s/Peter T. Sadelski*